SEALED

FILED
JUL 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-0126 MCE

12                 Plaintiff,

13         v.                              [PROPOSED] ORDER TO SEAL

14 LASHAWDRA WALKER AND                    (UNDER SEAL)
   SAMANTHA SAMPSON,
15
                   Defendants.
16

17
        The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney ROGER
18
   YANG to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest
19
   of the defendants or until further order of the Court.
20
   Dated: 7/27/2017                         _____
21                                          CAROLYN K. DELANEY
22                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT          1