PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00126-MCE |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| LASHAWNDRA WALKER, and SAMANTHA SAMPSON, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Roger Yang, defendant Samantha Sampson, by and through her counsel of record, Hannah R. Labaree, and defendant Lashawndra Walker, by and through her counsel of record, Toni White, hereby stipulate as follows:

1. The discovery in this case consists of several hundred pages and several databases, and contains personal information including, but not limited to, social security numbers, dates of birth, telephone numbers, email addresses, and financial information such as credit card and bank account numbers (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected Information that is inadvertently omitted during the redaction process.

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

1

3.   By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

4.   The Protective Order applies to all discovery containing Protected Information, including discovery that may be forthcoming.  Discovery that does not contain Protected Information is not subject to the Protective Order.

5.   Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team").  The terms "staff," "investigator," and "expert" shall not be construed to describe the defendant, or other person not:  (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.  The Defense Team shall not provide to any person copies or documents unless Protected Information has been redacted.

6.   The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or allow the defendant to copy documents contacting Protected Information.  Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7.   Social security numbers, birth dates, and residential addresses made in all public filings shall be made pursuant to Federal Rule of Criminal Procedure 49.1.

8.   Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

///

///

///

///

///

///

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

2

1    IT IS SO STIPULATED.

2

3    Dated:  August 16, 2017                    By:    PHILLIP A. TALBERT
                                                United States Attorney
4

5                                               /s/ Roger Yang
                                                ROGER YANG
6                                               Assistant U.S. Attorney

7

8                                       By:     /s/  HANNAH R. LABAREE
                                                HANNAH R. LABAREE
9                                               Counsel for Samantha Sampson

10                                      By:     /s/  TONI WHITE
                                                TONI WHITE
11                                              Counsel for Lashawndra Walker

12

13                          [PROPOSED] ORDER

14         For good cause shown, the stipulation of counsel in criminal case no. 2:17-CR-0126-MCE is

15   approved and so ordered

16   Dated:  August 21, 2017

17

18                          _____

19                          DEBORAH BARNES
                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]                3
PROTECTIVE ORDER