1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   HANNAH R. LABAREE, #294338
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax: 916-498-5710

5   Attorneys for Defendant
    SAMANTHA SAMPSON
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:17-cr-126 MCE
                                       )
11              Plaintiff,             )  STIPULATION AND ORDER TO
                                       )  CONTINUE STATUS CONFERENCE, AND TO
12  vs.                                )  EXCLUDE TIME UNDER THE SPEEDY TRIAL
                                       )  ACT
13  LASHAWNDRA WALKER and              )
    SAMANTHA SAMPSON,                  )
14                                     )  Date:  October 26, 2017
                                       )  Time:  10:00 a.m.
15              Defendants.            )  Judge: Hon. Morrison C. England, Jr.
                                       )
16
    _____

17          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni

19  White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through

20  Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status

21  conference scheduled for October 26, 2017 be vacated and continued to January 18, 2018 at

22  10:00 a.m.

23          The reasons for the continuance are that the defense teams are continuing to review the

24  discovery in this case; are investigating the facts; and are conducting further legal research.   To

25  date, the Government has produced 11,0967 pages of discovery including electronic discovery.

26  Defense counsel is continuing to review with due diligence.

27          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28  excluded from the date of the parties' stipulation, October 18, 2017, through and including

    Stipulation/ Order

1   January 18, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare]

2   and General Order 479, Local Code T4 based upon defense preparation.

3

4   DATED: October 19, 2017         Respectfully submitted,

5                                   HEATHER E. WILLIAMS
                                   Federal Defender

6

7                                   */s/ Hannah R. Labaree*
                                   HANNAH R. LABAREE
                                   Assistant Federal Defender

8                                   Attorney for SAMANTHA SAMPSON

9   DATED: October 19, 2017         */s/ Toni White*
                                   TONI WHITE

10                                   Attorney for LASHAWNDRA WALKER

11

12

13   DATED: October 19, 2017         PHILLIP A. TALBERT
                                   United States Attorney

14

15                                     */s/ Roger Yang*
                                   ROGER YANG

16                                   Assistant United State Attorney
                                   Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, October 18, 2017, up to and including January 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 26, 2017 status conference shall be continued until January 18, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation/ Order