TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LASHAWNDRA WALKER, et al.<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-00126 MCE<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |

　　　　The defendant, Lashawndra Walker, by and through her counsel, Toni White, and defendant Samantha Sampson, by and through her counsel, Hannah Labaree, the Government, by and through its counsel, Roger Yang, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on March 15, 2018.

　　　　2.　　By this stipulation, defendants now move to continue the status conference until May 3, 2018, and to exclude time between March 15, 2018, and May 3, 2018, under Local Code T4.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a)　　Discovery in this matter stands at 11,967 Bates stamped pages. There are also 3 audio CDs. Defense counsel needs time to continue reviewing discovery, to consult with their clients, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with their clients and otherwise prepare for trial.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

      b)    Defense counsels believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2018 to May 3, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 9, 2018

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Toni White for
ROGER YANG
Assistant U.S. Attorney

For the United States

Dated: March 9, 2018

By:   /s/ Toni White
HANNAH LABAREE

For Defendant Samantha Sampson

Dated: March 9, 2018

By:   /s/ Toni White
TONI WHITE

For Defendant Lashawndra Walker

## ORDER

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE