HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Hannah_labaree@fd.org
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
SAMANTHA SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-126 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| LASHAWNDRA WALKER and SAMANTHA SAMPSON, | ) ) ) | Date: July 19, 2018 Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for July 19, 2018 be vacated and continued to September 20, 2018 at 10:00 a.m.

　　　Counsel for defendants desire additional time to conduct further investigation and to discuss plea negotiations with the government and their clients.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 20, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Stipulation/Order

Code T4 based upon continuity of counsel and defense preparation.

DATED: July 17, 2018                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Hannah R. Labaree*
                                          HANNAH R. LABAREE
                                          Assistant Federal Defender
                                          Attorney for SAMANTHA SAMPSON

DATED: July 17, 2018                    */s/ Toni White*
                                          TONI WHITE
                                          Attorney for LASHAWNDRA WALKER

DATED: July 17, 2018                    McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Roger Yang*
                                          ROGER YANG
                                          Assistant United State Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, July 17, 2018, up to and including September 20, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 19, 2018 status conference shall be continued until September 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  July 17, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE