1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorneys for Defendant
   SAMANTHA SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-126 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) ) | |
| LASHAWNDRA WALKER and SAMANTHA SAMPSON, | ) ) ) | Date: November 15, 2018 Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for November 15, 2018 be vacated and continued to January 17, 2019 at 10:00 a.m.

   Counsel for both defendants Lashawndra Walker and Samantha Sampson desire additional time to conduct further investigation and to discuss plea negotiations with the government and their respective clients.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 17, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation/Order

based upon continuity of counsel and defense preparation.

DATED: November 13, 2018          Respectfully submitted,

                                                              HEATHER E. WILLIAMS
                                                              Federal Defender

                                                              */s/ Hannah R. Labaree*
                                                              HANNAH R. LABAREE
                                                              Assistant Federal Defender
                                                              Attorney for SAMANTHA SAMPSON

DATED: November 13, 2018          */s/ Toni White*
                                                              TONI WHITE
                                                              Attorney for LASHAWNDRA WALKER

DATED: November 13, 2018          McGREGOR W. SCOTT
                                                              United States Attorney

                                                              */s/ Roger Yang*
                                                              ROGER YANG
                                                              Assistant United State Attorney
                                                              Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, November 15, 2018, up to and including January 17, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2018 status conference shall be continued until January 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  November 14, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE