TONI WHITE SBN 210119
Attorney at Law
PO Box 1081
El Dorado CA 95623
toniwhite6311@gmail.com
Tel: 530-906-1592

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-126 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| LASHAWNDRA WALKER and SAMANTHA SAMPSON | Date: October 10, 2019<br>Time: 10:00 a.m. |
| Defendants. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker that the status conference scheduled for October 10, 2019 be vacated and continued to January 9, 2020 at 10:00 a.m.

Counsel for defendant Lashawndra Walker has been meeting with counsel for the Government. Ms. Walker, through her attorney, provided additional information to the Government about the facts in her case and the Government, and its' case agent, are in the process of following up on that information. As such, the defense desires additional time to conduct further investigation and to discuss plea negotiations with the government and her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 9, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation/Order

DATED: October 8, 2019                    Respectfully submitted,


                                          /s/ Toni White
                                          TONI WHITE
                                          Attorney for LASHAWNDRA WALKER


DATED: October 8, 2019                    McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Roger Yang
                                          ROGER YANG
                                          Assistant United State Attorney
                                          Attorney for Plaintiff

Stipulation/Order

# **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, October 8, 2019, up to and including January 9, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 10, 2019 status conference shall be continued until January 9, 2020, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  October 9, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation/Order