HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH LABAREE, SBN 294338
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
SAMANTHA SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00126-MCE |
| | ) |
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE AND** |
| | ) **REQUEST TO APPEAR VIA VIDEO-** |
| vs. | ) **TELECONFERENCE** |
| | ) |
| SAMANTHA SAMPSON, | ) Date:   October 29, 2020 |
| | ) Time:  10:00 A.M. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Ms. Sampson, having been advised of her right to appear in person for her Admit/Deny hearing, as well as of the ability to waive her personal appearance and appear via video-teleconference, has elected waived her right to personally appear at her October 29, 2020 status conference, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, she consents to appear via teleconference.

///

Ms. Sampson further agrees that the Admit/Deny hearing in this matter cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

Finally, Ms. Sampson consents to counsel signing this waiver on her behalf, pursuant to General Order 616.  She stipulates that i) obtaining her wet signature is both impractical and imprudent, given the pandemic; ii) she has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, she consents to her counsel signing this order electronically on her behalf.

Respectfully submitted,

Date: October 28, 2020    */s/  Hannah Labaree for Samantha Sampson*
SAMANTHA SAMPSON
DEFENDANT


HEATHER E. WILLIAMS
Federal Defender


Date: October 28, 2020    */s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorneys for Defendant
SAMANTHA SAMPSON

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, her request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the October 29, 2020 status conference is GRANTED.

IT IS SO ORDERED.

Dated:  October 29, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE