HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH ROSE LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SAMANTHA SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-00126-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION REGARDING WAIVER OF PERSONAL APPEARANCE** |
| vs. | ) | |
| SAMANTHA SAMPSON, | ) | Date:   December 3, 2020 |
|  | ) | Time:   10:00 A.M. |
| Defendant. | ) | Judge:  Hon. Morrison C. England, Jr. |

**TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND ROGER YANG, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including Probation and supervised release revocation proceedings under Fed. R. Crim. P. 32.1. *See* Gen. Order 614(1)(f).

Ms. Sampson has an interest in resolving her case by proceeding to the Dispositional hearing via video-teleconference. Were this Court to delay the hearing until a time when the proceeding may be held in person, Ms. Sampson's interest in timely resolving her case would be

1  thwarted. The public also has an interest in proceeding toward resolution of the case in a timely
2  manner.
3      In light of the foregoing, the parties stipulate to Ms. Sampson's appearance by
4  videoteleconference pursuant to the CARES Act.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 1, 2020        */s/ Hannah Rose Labaree*
                                HANNAH ROSE LABAREE
                                Assistant Federal Defender
                                Attorneys for
                                SAMANTHA SAMPSON

Dated:  December 1, 2020        */s/ Roger Yang*
                                ROGER YANG
                                Assistant United States Attorney

**ORDER**

Pursuant to the defendant's request for waiver of in-person appearance, and good cause appearing, this Court specifically finds that:

1) The Dispositional hearing in this case is authorized to be held via videoteleconference under section 15002 of the CARES Act and local General Order 614;

2) The defendant has waived her physical presence at the hearing and consents to remote hearing by videoconference; and

3) Therefore, under the Court's authority under § 15002(b) of the CARES Act and General Order 614, the Judgment & Sentencing hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated: December 2, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE