

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00126-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| SAMANTHA SAMPSON, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release SAMANTHA SAMPSON in case number 2:17-cr-00126-MCE, from custody for the following reason(s):

|  |  |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | Other: Pursuant to the Court's sentence of TIME SERVED. |

Issued at Sacramento, California on December 3, 2020 at 10:28 a.m.

Dated: December 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE